CASE (UK):1501035023
CASE (USA):15CR75
CASE (USA):1:15-cv-03398

Lawful Notice to [wo]man involved.

Navinder Singh Sarao is acting, in person, as a "British Citizen" and is also, a man.

"United States of America" and "U.S. Commodity Future Trading Commission" operate in a common law land and Navinder Singh Sarao is under "extradition" to that land, thus to make an idiot of him.

A "complaint[s]" against, an idiot, is wrong. A claim against, a man: Navinder Singh Sarao requires a [wo]man to testify under oath or affirmation that, Navinder Singh Sarao has wronged them.

There is no [wo]man on the "complaint" filed with the court that, an idiot, can remedy.

This matter is causing harm to, a man: Navinder Singh Sarao and requires remedy, in the way of, the immediate restoration of property for, a man: Navinder Singh Sarao.

Navinder Singh Sarao, wishes to be: let alone (cease and desist).

---

Person[s] that pursue this case and trespass upon the property of, a man: Navinder Singh Sarao, shall bear the liability of all wrongs.

Judge Quentin Purdy (UK)
Judge Elizabeth Roscoe (UK)
Judge Daniel P Martin (USA)
Judge Andrea R. Wood (USA)

FBI
Special Agent Gregory LaBerta (USA)

DoJ
Attorney Michael T. O'Neill (USA)

Wandsworth Prison
Govener Kenny Brown (UK)

US CTFC
Charles D. Marvine (USA)
Jeffery Le Riche (USA)
Jo Mettenburg (USA)
Jennifer C Chapin (USA)

FILED

MAY 14 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

---

For and on behalf of

Navinder Singh Sarao

Strictly Private and Confidential

Judge Andrea R. Wood (1925)
United States District Court
Northern District of Illinois
Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street
Chicago
IL 60604
U.S.A.

