UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAVINDER SINGH SARAO | CASE NUMBER: 15 CR 75<br><br>Judge Virginia M. Kendall |

**GOVERNMENT'S STATUS REPORT
REGARDING U.K. EXTRADITION PROCEEDINGS**

Now comes the UNITED STATES OF AMERICA, by ANDREW WEISSMANN, Chief of the Fraud Section of the Criminal Division, United States Department of Justice, and provides the following report, as ordered by the Court on September 10, 2015, to inform the Court of the status of the U.K. extradition proceedings against the defendant:

1. On February 11, 2015, the Honorable Daniel G. Martin, United States Magistrate Judge for the Northern District of Illinois, issued a warrant for the arrest of NAVINDER SINGH SARAO (the "Arrest Warrant") based on a criminal complaint (with supporting affidavit of Special Agent Gregory LaBerta of the Federal Bureau of Investigation) charging SARAO with wire fraud, in violation of Title 18, United States Code, Section 1343, commodities fraud, in violation of Title 18, United States Code, Section 1348, commodities manipulation, in violation of Title 7, United States Code, Section 13(a)(2), and spoofing, in violation of Title 7, United States Code, Sections 6c(a)(5)(C) and 13(a)(2) (the "Complaint").

2. On April 21, 2015, pursuant to the United States' request for the extradition of SARAO from the United Kingdom, the defendant was arrested in London by U.K. authorities. On that same date, the Honorable Rubén Castillo, Chief United States District Judge, granted the United States' motion requesting that the time within which an information or indictment must be filed under the Speedy Trial Act be excluded for sixty days, pursuant to Section 3161(h)(3) of Title 18, United States Code. Chief Judge Castillo thereafter granted two subsequent motions for exclusions of time under the Speedy Trial Act through October 19, 2015.

3. On September 2, 2015, a grand jury sitting in the Northern District of Illinois returned an indictment charging SARAO with the same counts that had been charged in the Complaint (the "Indictment"). On September 4, 2015, the United States received notice that the defendant's arraignment on the charges in the Indictment had been scheduled for September 10, 2015, at 9:30 a.m.

4. SARAO is currently facing extradition proceedings in the United Kingdom and is contesting his extradition to the United States.

5. On September 10, 2015, this Court granted the government's motion (ECF No. 29) for an adjournment of the defendant's arraignment, *sine die*, with the government to inform the Court of the status of the extradition proceeding following the extradition hearing in the United Kingdom on September 24 and 25, 2015.

6. On September 25, 2015, the United States informed this Court that SARAO's extradition hearing was adjourned until February 4 and 5, 2016.

7. Sarao's extradition hearing in the United Kingdom proceeded as scheduled on February 4 and 5, 2016. The United States has received notice that the extradition proceedings in the United Kingdom have been adjourned until March 23, 2016, for judgment. Accordingly, SARAO continues to be unavailable to appear in court in the United States and is likely to remain unavailable unless and until he is extradited to the United States.

Unless the Court orders otherwise, the government intends to inform the Court of the status of the extradition proceedings following the judgment in the United Kingdom on March 23, 2016.

DATE: February 11, 2016

        Respectfully submitted,

        ANDREW WEISSMANN
        Chief, Fraud Section
        Criminal Division

By:    /s/
        Robert Zink/Michael T. O'Neill
        Assistant Chief/Trial Attorney
        (202) 616-0429/(202) 616-1545

## **CERTIFICATE OF SERVICE**

I, Michael T. O'Neill, Trial Attorney, hereby certify that on February 11, 2016, I caused the foregoing Status Report to be electronically filed with the Clerk of Court by using the CM/ECF system, which will automatically send a notice of electronic filing to all parties.

Dated: February 11, 2016

                                                /s/
                                   Michael T. O'Neill
                                   Trial Attorney
                                   U.S. Department of Justice
                                   Criminal Division, Fraud Section
                                   1400 New York Avenue, N.W.
                                   Washington, D.C. 20530
                                   (202) 616-1545
                                   michael.t.oneill@usdoj.gov