UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

NAVINDER SINGH SARAO

CASE NUMBER:  15 CR 75

Judge Virginia M. Kendall

**GOVERNMENT'S STATUS REPORT**
**REGARDING U.K. EXTRADITION PROCEEDINGS**

Now comes the UNITED STATES OF AMERICA, by ANDREW WEISSMANN, Chief of the Fraud Section of the Criminal Division, United States Department of Justice, and provides the following report, as ordered by the Court on September 10, 2015, to inform the Court of the status of the U.K. extradition proceedings against the defendant:

1. On February 11, 2015, the Honorable Daniel G. Martin, United States Magistrate Judge for the Northern District of Illinois, issued a warrant for the arrest of NAVINDER SINGH SARAO (the "Arrest Warrant") based on a criminal complaint (with supporting affidavit of Special Agent Gregory LaBerta of the Federal Bureau of Investigation) charging SARAO with wire fraud, in violation of Title 18, United States Code, Section 1343, commodities fraud, in violation of Title 18, United States Code, Section 1348, commodities manipulation, in violation of Title 7, United States Code, Section 13(a)(2), and spoofing, in violation of Title 7, United States Code, Sections 6c(a)(5)(C) and 13(a)(2) (the "Complaint").

2. On April 21, 2015, pursuant to the United States' request for the extradition of SARAO from the United Kingdom, the defendant was arrested in London by U.K. authorities. On that same date, the Honorable Rubén Castillo, Chief United States District Judge, granted the United States' motion requesting that the time within which an information or indictment must be filed under the Speedy Trial Act be excluded for sixty days, pursuant to Section 3161(h)(3) of Title 18, United States Code. Chief Judge Castillo thereafter granted two subsequent motions for exclusions of time under the Speedy Trial Act through October 19, 2015.

3. On September 2, 2015, a grand jury sitting in the Northern District of Illinois returned an indictment charging SARAO with the same counts that had been charged in the Complaint (the "Indictment"). On September 4, 2015, the United States received notice that the defendant's arraignment on the charges in the Indictment had been scheduled for September 10, 2015, at 9:30 a.m.

4. SARAO is currently facing extradition proceedings in the United Kingdom and is contesting his extradition to the United States.

5. On September 10, 2015, this Court granted the government's motion (ECF No. 29) for an adjournment of the defendant's arraignment, *sine die*, with the government to inform the Court of the status of the extradition proceeding following the extradition hearing in the United Kingdom on September 24 and 25, 2015.

6. On September 25, 2015, the United States informed this Court that SARAO's U.K. extradition hearing was adjourned until February 4 and 5, 2016. On February 11, 2016, the United States further informed the Court that SARAO's

2

extradition hearing proceeded as scheduled on February 4 and 5, 2016, and was adjourned for judgment on March 23, 2016.

7. On March 23, 2016, District Judge Purdy of the Westminster Magistrates' Court issued a ruling rejecting Sarao's challenges to extradition and sending the case to the U.K. Secretary of State for a decision whether to order Sarao's extradition to the United States. As set forth in Judge Purdy's ruling, the Secretary of State has two months from March 23, 2016, in which to issue that extradition decision and order. Should the Secretary of State order Sarao's extradition, the defendant would then have 14 days to lodge an appeal to the High Court.

8. Accordingly, SARAO continues to be unavailable to appear in court in the United States and is likely to remain unavailable unless and until he is extradited to the United States.

Unless the Court orders otherwise, the government intends to inform the Court of the status of the extradition proceeding following the decision of the U.K. Secretary of State.

DATE: March 23, 2016

Respectfully submitted,

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division

By:      /s/
Robert Zink/Michael T. O'Neill
Assistant Chief/Trial Attorney
(202) 616-0429/(202) 616-1545

## CERTIFICATE OF SERVICE

I, Michael T. O'Neill, Trial Attorney, hereby certify that on March 23, 2016, I will cause the foregoing Status Report to be electronically filed with the Clerk of Court by using the CM/ECF system, which will automatically send a notice of electronic filing to all parties.

Dated: March 23, 2016

                                       /s/

                                       Michael T. O'Neill
                                       Trial Attorney
                                       U.S. Department of Justice
                                       Criminal Division, Fraud Section
                                       1400 New York Avenue, N.W.
                                       Washington, D.C. 20530
                                       (202) 616-1545
                                       michael.t.oneill@usdoj.gov