**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

UNITED STATES OF AMERICA
                                      Plaintiff,

v.                                                      Case No.: 1:15−cr−00075
                                                      Honorable Virginia M. Kendall

Navinder Singh Sarao
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 24, 2016:

      MINUTE entry before the Honorable Virginia M. Kendall as to Navinder Singh Sarao (1). The Government shall continue to keep the Court apprised of all stages of the extradition proceedings. Mailed notice. (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.