UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAVINDER SINGH SARAO | CASE NUMBER: 15 CR 75<br><br>Judge Virginia M. Kendall |

**GOVERNMENT'S STATUS REPORT
REGARDING U.K. EXTRADITION PROCEEDINGS**

Now comes the UNITED STATES OF AMERICA, by ANDREW WEISSMANN, Chief of the Fraud Section of the Criminal Division, United States Department of Justice, and provides the following report, as ordered by the Court on September 10, 2015, and March 24, 2016, to inform the Court of the status of the U.K. extradition proceedings against the defendant, NAVINDER SINGH SARAO:

1. On February 11, 2015, the Honorable Daniel G. Martin, United States Magistrate Judge for the Northern District of Illinois, issued a warrant for the arrest of NAVINDER SINGH SARAO (the "Arrest Warrant") based on a criminal complaint (with supporting affidavit of Special Agent Gregory LaBerta of the Federal Bureau of Investigation) charging SARAO with wire fraud, in violation of Title 18, United States Code, Section 1343, commodities fraud, in violation of Title 18, United States Code, Section 1348, commodities manipulation, in violation of Title 7, United States Code, Section 13(a)(2), and spoofing, in violation of Title 7, United States Code, Sections 6c(a)(5)(C) and 13(a)(2) (the "Complaint").

2. On April 21, 2015, pursuant to the United States' request for the extradition of SARAO from the United Kingdom, the defendant was arrested in London by U.K. authorities. On that same date, the Honorable Rubén Castillo, Chief United States District Judge, granted the United States' motion requesting that the time within which an information or indictment must be filed under the Speedy Trial Act be excluded for sixty days, pursuant to Section 3161(h)(3) of Title 18, United States Code. Chief Judge Castillo thereafter granted two subsequent motions for exclusions of time under the Speedy Trial Act through October 19, 2015.

3. On September 2, 2015, a grand jury sitting in the Northern District of Illinois returned an indictment charging SARAO with the same counts that had been charged in the Complaint (the "Indictment"). On September 4, 2015, the United States received notice that the defendant's arraignment on the charges in the Indictment had been scheduled for September 10, 2015, at 9:30 a.m.

4. SARAO is currently facing extradition proceedings in the United Kingdom and is contesting his extradition to the United States.

5. On September 10, 2015, this Court granted the government's motion (ECF No. 29) for an adjournment of the defendant's arraignment, *sine die*, with the government to inform the Court of the status of the extradition proceeding.

6. As set forth in the United States' most recent Status Report, SARAO's U.K. extradition hearing proceeded on February 4 and 5, 2016. The extradition proceedings were then adjourned for judgment on March 23, 2016. On March 23, 2016, District Judge Purdy of the Westminster Magistrates' Court issued a ruling

rejecting Sarao's challenges to extradition and sending the case to the U.K. Secretary of State for a decision regarding whether to order SARAO's extradition to the United States.

7. On May 14, 2016, the U.K. Secretary of State ordered SARAO's extradition to the United States.

8. On May 26, 2016, SARAO applied to the U.K. High Court for leave to appeal the extradition order. SARAO's application for leave to appeal is currently pending with the U.K. High Court.

9. Accordingly, while the defendant's application for leave to appeal is pending in the United Kingdom, SARAO continues to be unavailable to appear in court in the United States and is likely to remain unavailable unless and until he is extradited to the United States.

Unless the Court orders otherwise, the United States intends to inform the Court of the status of the extradition proceedings following the decision of the U.K. High Court on the pending application for leave to appeal.

DATE: May 31, 2016

Respectfully submitted,

ANDREW WEISSMANN
Chief, Fraud Section
Criminal Division

By: _____/s/_____
Robert Zink/Michael T. O'Neill
Assistant Chief/Trial Attorney
(202) 616-0429/(202) 616-1545

## **CERTIFICATE OF SERVICE**

     I, Michael T. O'Neill, Trial Attorney, hereby certify that on May 31, 2016, I will cause the foregoing Status Report to be electronically filed with the Clerk of Court by using the CM/ECF system, which will automatically send a notice of electronic filing to all parties.

Dated: May 31, 2016

                                                  /s/
                                      Michael T. O'Neill
                                      Trial Attorney
                                      U.S. Department of Justice
                                      Criminal Division, Fraud Section
                                      1400 New York Avenue, N.W.
                                      Washington, D.C. 20530
                                      (202) 616-1545
                                      michael.t.oneill@usdoj.gov