UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NAVINDER SINGH SARAO | CASE NUMBER: 15 CR 75<br><br>Judge Virginia M. Kendall |

**GOVERNMENT'S STATUS REPORT**
**REGARDING U.K. EXTRADITION PROCEEDINGS**

Now comes the UNITED STATES OF AMERICA, by ANDREW WEISSMANN, Chief of the Fraud Section of the Criminal Division, United States Department of Justice, and provides the following report, as ordered by the Court on September 10, 2015, and March 24, 2016, to inform the Court of the status of the U.K. extradition proceedings against the defendant, NAVINDER SINGH SARAO:

1. On February 11, 2015, the Honorable Daniel G. Martin, United States Magistrate Judge for the Northern District of Illinois, issued a warrant for the arrest of NAVINDER SINGH SARAO (the "Arrest Warrant") based on a criminal complaint (with supporting affidavit of Special Agent Gregory LaBerta of the Federal Bureau of Investigation) charging SARAO with wire fraud, in violation of Title 18, United States Code, Section 1343, commodities fraud, in violation of Title 18, United States Code, Section 1348, commodities manipulation, in violation of Title 7, United States Code, Section 13(a)(2), and spoofing, in violation of Title 7, United States Code, Sections 6c(a)(5)(C) and 13(a)(2) (the "Complaint").

2. On April 21, 2015, pursuant to the United States' request for the extradition of SARAO from the United Kingdom, the defendant was arrested in London by U.K. authorities. On that same date, the Honorable Rubén Castillo, Chief United States District Judge, granted the United States' motion requesting that the time within which an information or indictment must be filed under the Speedy Trial Act be excluded for sixty days, pursuant to Section 3161(h)(3) of Title 18, United States Code. Chief Judge Castillo thereafter granted two subsequent motions for exclusions of time under the Speedy Trial Act through October 19, 2015.

3. On September 2, 2015, a grand jury sitting in the Northern District of Illinois returned an indictment charging SARAO with the same counts that had been charged in the Complaint (the "Indictment"). On September 4, 2015, the United States received notice that the defendant's arraignment on the charges in the Indictment had been scheduled for September 10, 2015, at 9:30 a.m.

4. SARAO is currently facing extradition proceedings in the United Kingdom and, as summarized below, is currently scheduled to surrender and be extradited to the United States by November 11, 2016.

5. On September 10, 2015, this Court granted the government's motion (ECF No. 29) for an adjournment of the defendant's arraignment, *sine die*, with the government to inform the Court of the status of the extradition proceeding (ECF No. 31).

6. As set forth in the United States' most recent Status Report in this case (ECF No. 45), the U.K. Secretary of State ordered SARAO's extradition to the United

States on May 14, 2016. On May 26, 2016, SARAO applied to the U.K. High Court for leave to appeal the extradition order. On or about July 25, 2016, after the High Court denied SARAO's initial application, SARAO renewed his application for leave to appeal.

7. On October 14, 2016, the U.K. High Court denied SARAO's renewed application for leave to appeal. Under applicable law, SARAO's surrender and extradition to the United States must occur within 28 days of this decision—that is, on or before November 11, 2016.

8. Accordingly, pending SARAO's surrender and extradition to the United States on or before November 11, 2016, SARAO continues to be unavailable to appear in court in the United States and is likely to remain unavailable unless and until he is surrendered and extradited to the United States.

Unless the Court orders otherwise, the United States intends to inform the Court of the status of the extradition proceedings once the United States obtains additional information regarding the date of SARAO's surrender.

DATE: October 19, 2016

                                  Respectfully submitted,

                                  ANDREW WEISSMANN
                                Chief, Fraud Section
                                Criminal Division

By:      /s/ *Michael T. O'Neill*
                                Robert Zink/Michael T. O'Neill
                                Assistant Chief/Trial Attorney
                                (202) 616-0429/(202) 616-1545

## **CERTIFICATE OF SERVICE**

I, Michael T. O'Neill, Trial Attorney, hereby certify that on October 19, 2016, I will cause the foregoing Status Report to be electronically filed with the Clerk of Court by using the CM/ECF system, which will automatically send a notice of electronic filing to all parties.

Dated: October 19, 2016

      /s/ *Michael T. O'Neill*
Michael T. O'Neill
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Avenue, N.W.
Washington, D.C. 20530
(202) 616-1545
michael.t.oneill@usdoj.gov