IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

United States of America,

Plaintiff(s),

v.

Navinder Singh Sarao,

Defendant(s).

Case No. 15 CR 75-1
Judge Virginia M. Kendall

### ORDER

ORDER as to Navinder Singh Sarao: Arraignment hearing held. Defendant informed of rights and waives formal reading of the Indictment. Defendant enters plea of guilty to Count 1 and 22 of the Indictment. The Court accepts plea of guilty and enters Judgment on the plea. Status hearing set for 2/9/2017 at 9:30 a.m. Defendant appearance is waived for the status hearing. Order Defendant released on $750,000 secured bond.

(01:30)


Date: 11/9/2016

/s/ Virginia M. Kendall
U.S. District Court Judge