

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: May 9, 2017                                        Case Number: 15 cr 75

Case Title: USA  vs.  Navinder Singh Sarao                Judge:  Honorable Kendall

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document #[              ].

☐  The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion from the incorrect case.

☐  The document is on the correct case but the case number and title do not match.

■  The incorrect document [pdf] was linked to the entry.

☐  The incorrect file date was entered.

☐  The incorrect event was used. The title of the document does not match the text of the entry.

☐  The entry is a duplicate of entry [     ].

☐  Other:


**Corrective action taken by the Clerk:**

■  The text of the entry has been edited and the pdf replaced with a pdf that states *Entered in Error*.

☐  The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐  The correct document [pdf] has been linked to the entry.

☐  The file date has been corrected.

☐  The text of the entry has been edited.

☐  The text of the entry has been edited to read, *Duplicate filing of document number [     ]*.

☐  Other:


**Corrective action required by the filer:**

☐  Counsel must re-file the document

☐  Other:


                                        Thomas G. Bruton, Clerk
                                        By:  /s/ Yvette Pearson
                                             Deputy Clerk

Rev. 10/05/2016