# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                                   Plaintiff,

v.                                                        Case No.: 1:15−cr−00075
                                                         Honorable Virginia M. Kendall

Navinder Singh Sarao

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall as to Navinder Singh Sarao. Status hearing set for 3/15/2019 at 1:00 PM. (TIME CHANGE ONLY) Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.