# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:15−cr−00075
　　　　　　　　　　　　　　　　　　　　　Honorable Virginia M. Kendall

Navinder Singh Sarao

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 22, 2019:

　　　MINUTE entry before the Honorable Virginia M. Kendall as to Navinder Singh Sarao. The parties contacted the courtroom deputy to advise they are ready to proceed to sentencing. Cause referred to the Probation Office for a presentence investigation. Sentencing hearing set for 9/26/2019 at 10:00 AM. Sentencing position papers due on or before 9/12/2019. Objections, if any, shall be filed on or before 9/19/2019. The Court directs the disclosure of the Probation Department's sentencing recommendation to both Defendant and the Government. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Courts website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5). Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.