UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 15 CR 75 |
| v. | Judge Virginia M. Kendall |
| NAVINDER SINGH SARAO | |

## ~~PROPOSED~~ ORDER

The UNITED STATES OF AMERICA by its counsel, ROBERT A. ZINK, Acting Chief of the Fraud Section of the Criminal Division, United States Department of Justice, having moved this Court, without opposition from the defendant, to authorize alternative victim notification procedures in this case, the Court finds that (i) the "multiple crime victims" provision of 18 U.S.C. § 3771(d)(2) applies to this case because it is impracticable for the Government to notify the numerous possible crime victims in this case of their rights on an individual basis; and (ii) the Government's proposed alternative notification procedure set out in its Unopposed Motion to Authorize Alternative Victim Notification Procedures is a reasonable procedure to satisfy the Government's obligations under 18 U.S.C. § 3771 that does not unduly complicate or prolong the proceedings.

IT IS HEREBY ORDERED THAT the Government may provide notice to possible crime victims in this case through publication on a website maintained by the Department of Justice as an alternative to providing individualized notice. The content of the website shall be consistent with the description set forth in paragraph 4 of the Government's motion.

ENTER:

Hon. Virginia M. Kendall
United States District Judge

DATE: June 17, 2019