# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                              Case No.: 1:15–cr–00075
                                                                           Honorable Virginia M. Kendall

Navinder Singh Sarao

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 9, 2019:

      MINUTE entry before the Honorable Virginia M. Kendall as to Navinder Singh Sarao. Defendant's Motion to continue sentencing [105] is granted. Sentencing reset for 11/14/2019 at 10:00 AM. Sentencing position papers due on or before 10/31/2019. Objections, if any, shall be filed on or before 11/7/2019. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.