# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

          Plaintiff,

v.

Navinder Singh Sarao

          Defendant.

Case No.: 1:15−cr−00075
Honorable Virginia M. Kendall

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 28, 2019:

    MINUTE entry before the Honorable Virginia M. Kendall as to Navinder Singh Sarao. On the Court's own Motion and by agreement of parties, Sentencing reset for 1/28/2020 at 10:00 AM. Sentencing position papers due on or before 1/14/2020. Objections, if any, shall be filed on or before 1/21/2020. Mailed notice (lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.