UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 15 CR 75 |
| v. ) | |
| ) | Judge Virginia M. Kendall |
| NAVINDER SINGH SARAO ) | |

### ORDER

AND NOW, this 10th day of March, 2020, upon consideration of Defendant's Motion for Removal of Secured Interest in Real Property, it is hereby ORDERED that this Court's interest in the homes of (i) Mr. Nachhattar Singh Sarao and Ms. Daljit Kaur Sarao, located at 9 Clairvale Road, Heston, UK, TW5 9AF (registered by legal charge with the UK Land Registry (Title Number NGL263693)), and (ii) Mr. Jasvinder Sarao, located at 16 Osterley Gardens, Chevy Road, Southall, UK, UB2 4UW (registered by legal charge with the UK Land Registry (Title Number AGL37264)), is hereby fully extinguished and discharged.

Date: 3-10-2020

Hon. Virginia M. Kendall
United States District Judge